2017 JUL -7  PM 4:39

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 17 CRO0423 |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine] |
| YANNICK MAI, GHISLANE TAOHERE COUPEL-GERMAIN, and TEHEA MAI, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about June 10, 2017, in Los Angeles County, within the Central District of California, defendant YANNICK MAI knowingly and intentionally possessed with intent to distribute at least 500 grams, that is, approximately 1,620 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about June 10, 2017, in Los Angeles County, within the Central District of California, defendant GHISLANE TAOHERE COUPEL-GERMAIN knowingly and intentionally possessed with intent to distribute at least 500 grams, that is, approximately 1,016 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about June 10, 2017, in Los Angeles County, within the Central District of California, defendant TEHEA MAI knowingly and intentionally possessed with intent to distribute at least 500 grams, that is, approximately 886.5 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/s/

_____
Foreperson

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

LIZABETH A. RHODES
Assistant United States Attorney
Chief, General Crimes Section

ROBYN K. BACON
Assistant United States Attorney
Deputy Chief, General Crimes
Section

KHALDOUN SHOBAKI
Assistant United States Attorney
General Crimes Section