## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:17-CR-00423</u>        Recorder: <u>CS 07/19/2017</u>        Date: <u>07/19/2017</u>

Present: The Honorable <u>John E. McDermott</u>, U.S. Magistrate Judge

Court Clerk: <u>ShaRon Anthony</u>        Assistant U.S. Attorney: <u>Sara Milstein</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) YANNICK MAI<br>    CUSTODY-PRESENT<br>2) GHISLANE TAOHERE COUPEL-GERMAIN<br>    CUSTODY-PRESENT<br>3) TEHEA MAI<br>    CUSTODY-PRESENT | 1) NADINE C. HETTLE<br>    DFPD<br>2) ALEXANDER L. GRIGGS<br>    PANEL<br>3) FREDRICO MCCURRY<br>    PANEL | 1) FRENCH<br><br>2) FRENCH<br><br>3) FRENCH | 1) JULIE DRUCKER<br><br>2) JULIE DRUCKER<br><br>3) JULIE DRUCKER |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Andre Birotte Jr..
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 09/12/2017 at 8:30 AM
    Status Conference 08/04/2017 at 1:30 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 09</u>
Initials of Deputy Clerk: <u>SA by TRB</u>

cc: Statistics Clerk, PSALA Interpreter, USMLA