UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 17-00423-AB | Date | August 4, 2017 |
|---|---|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|
| French Interpreter: | Julie Drucker |

| Carla Badirian | Chia Mei Jui | Jake D Nare |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Yannick Mai | √ | √ | | 1) DFPD, Nadine Hettle | √ | √ | |
| 2) Ghislane Taohere Coupel-Germain | √ | √ | | 2) Specially appearing for Alexander L Griggs is Fredrico McCurry, CJA | √ | √ | |
| 3) Tehea Mai | √ | √ | | 3) Fredrico McCurry, CJA | √ | √ | |

**Proceedings:** STATUS CONFERENCE (Held and Completed)

Hearing held. Defendant and counsel are present.

Defendants Yannick Mai, Ghislane Taohere Coupel-Germain, and Tehea Mai are assisted by the French language interpreter.

Court and counsel confer regarding the status of the case, including discovery and trial.

For the reasons stated on the record, the jury trial date remains set for September 12, 2017 at 8:30 am.

IT IS SO ORDERED.

CC: PSA

|  | 00 | : | 10 |
|---|---|---|---|
| Initials of Deputy Clerk | CB | | |