UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 17-00423-AB | Date | August 17, 2018 |
|---|---|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|
| French Interpreter: | Julie Drucker |

| Carla Badirian | Chia Mei Jui | Sylvia R Ewald |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Yannick Mai | √ | √ | | 1) Michael Sean Devereux | √ | | √ |

**Proceedings:**   STATUS CONFERENCE (Held and Completed)

Court and counsel confer regarding the status of the case and trial.

For the reasons stated on the record, the jury trial date remains set for Tuesday, August 28, 2018, at 8:30 am.

Counsel are ORDERED to inform the Court if a resolution occurs.

IT IS SO ORDERED.

CC: PSA

                                                                                                                                     00   :   05

Initials of Deputy Clerk   CB