# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

| | | | |
|---|---|---|---|
| Case No. | CR 17-00423-AB | Date | November 9, 2018 |

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|
| French Interpreter: | Martitia Palmer |

| Carla Badirian | Chia Mei Jui | Sylvia R Ewald |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Yannick Mai | √ | √ | | 1) Michael Sean Devereux | √ | | √ |

**Proceedings:**   CHANGE OF PLEA (Held and Completed)

Defendant moves to change plea to the Indictment.

Defendant now enters a new and different plea of Guilty to Count 1 of the Indictment.

The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **Friday, February 8, 2019, at 1:30 p.m., for sentencing.**

The Court vacates the Jury Trial date, as to this defendant only.

The Court orders this matter referred to the U.S. Probation Office for a presentence investigation and preparation of a presentence report. The report is to be disclosed to the defendant thirty-five (35) days prior to sentencing unless the minimum period is waived.

cc:    USPO, PSA

|  | 00 | : | 35 |
|---|---|---|---|
| | Initials of Deputy Clerk | | CB |