UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No.: CR 17-00423-AB | Date: April 26, 2019 |
| Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge** | |
| French Interpreter: Malsy Maniquis | |

| Carla Badirian | Chia Mei Jui | Sylvia R Ewald |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Yannick Mai | √ | √ | | 1) Michael Sean Devereux | √ | | √ |

**Proceedings:** STATUS CONFERENCE (Held and Completed)

The Court is advised that defendant requests that new counsel be appointed.

A sealed hearing was held. The transcript to this portion of the proceeding is ordered sealed unless otherwise ordered by the Court.

For the reasons stated on the record, current counsel will remain as counsel of record.

The Sentencing date remains set for Friday, May 31, 2019, at 1:30 pm.

IT IS SO ORDERED.

CC: USPO, PSA

00 : 10

Initials of Deputy Clerk   CB