# Exhibit A

# Santa Ana College
## School of Continuing Education

### CASAS
Comprehensive Adult Student Assessment System

# Certificate of Progress

*Yannick Mai*

for exceptional improvement in competency-based learning

Pretest (81Rx) Posttest (83R) Gain (1 Point)

*Adult Basic Education*

*Patricia Coyle*
Instructor: Pat Coyle

August 28, 2018
Date

# Certificate of Completion

**SANTA ANA COLLEGE**
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Yannick Mai*

Has successfully completed

**Keyboarding**

_____
Instructor

September 5, 2018
Date

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

*Yannick Mai*

Has completed __8__ classes

## Attitude for Success~CHOICES

_Patricia Cayle_
Instructor

october 2, 2018
Date

_Lorena Chavez_
Associate Dean of Instruction and Student Services

4A



**SANTA ANA COLLEGE**
**SCHOOL OF CONTINUING EDUCATION**
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

This is to certify that

*Mai Yarmick*

Internet 8 & Security Fundamentals

Instructor

October 31, 2018
Date

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
### RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

*This is to certify that*

## Yannick Mai

*Has Successfully Completed 12 Classes of*

*Attitudes for Success: Substance Use, Addiction & the Brain*

Luis Martinez, Instructor

November 02, 2018
Date

**SANTA ANA COLLEGE**
**SCHOOL OF CONTINUING EDUCATION**
**RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT**

# Certificate of Completion

This is to certify that

Mai Yannick

**Windows 7 Basic & Advanced**

_____
Instructor

December 6, 2018
Date

# Santa Ana College
## School of Continuing Education
### Rancho Santiago Community College District

# Certificate of Participation

This is to certify that

**Yannick Mai**

Has completed __18__ classes

*Attitude for Success~CHOICES*

_____
*Patricia Coyle*
Instructor

_____
January 2, 2019
Date

_____
*Lorena Chavez*
Associate Dean of Instruction
and Student Services

# Certificate of Completion

**SANTA ANA COLLEGE**
**SCHOOL OF CONTINUING EDUCATION**
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Yannick Mai*

Has completed instruction in

*Orientation to Microsoft Office*

_____   January 23, 2019   _____
Instructor                                 Date                        *Lorena Chavez*
                                                                       Associate Dean of Instruction
                                                                       and Student Services



SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

*Mai Yannick*

Has completed instruction in

*Computer Applications: Excel*

_____
Instructor

March 14, 2019
Date

*Lorena Chavez*
Associate Dean of Instruction
and Student Services

# GRADUATION DIPLOMA

This diploma is awarded to

_Yannick Mai_

### FOR THE SUCCESSFUL COMPLETION OF

_Beginning Bible Study Course_

BY: _Mercy_   DATE: _April 6, 2019_

**THE NARROW WAY MINISTRIES**

"Enter through the narrow gate. For wide is the gate and broad is the road that leads to destruction, and many enter through it. But small is the gate and narrow the road that leads to life and only a few find it." Matthew 7:13-14

# GRADUATION DIPLOMA

This diploma is awarded to

_Yannick Mai_

## FOR THE SUCCESSFUL COMPLETION OF

## Intermediate Bible Study Course

_Mercy_   DATE: _April 18th, 2019_

THE NARROW WAY MINISTRIES

"Enter through the narrow gate. For wide is the gate and broad is the road that leads to destruction, and many enter through it. But small is the gate and narrow the road that leads to life and only a few find it." Matthew 7:13-14

# High School Equivalency Certificate

**SANTA ANA COLLEGE**
School of Continuing Education
Rancho Santiago Community College District

This is to certify that

**Yannick Mai**

has met the standards established by the California State Board of Education for successful completion of the HiSET tests for General Education Development and is therefore entitled to this High School Equivalency Certificate

_Carlos Moren_
Instructor

April 13, 2019
Date

_Nila Lipiz_
Dean of Instruction



# Certificate of Participation

**SANTA ANA COLLEGE**
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Yannick Mai*

Has __11__ classes of instruction in

**General Education Development**

_____
Instructor

May 2, 2019
Date

*Christine Kasha*
Associate Dean of Instruction