MICHAEL S. DEVEREUX, SBN 225240
WEX LAW
1000 WILSHIRE BOULEVARD, SUITE 2150
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 986-9844
FACSIMILE: (213) 342-6190

**Attorneys for Defendant, YANNICK MAI**

UNITED STATES DISTRICT COURT

FOR CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>YANNICK MAI,<br><br>　　　　Defendants. | **CASE NO.: CR 17-00423-AB**<br><br>**SUPPLEMENTAL TO DEFENDANT'S SENTENCING MEMORANDUM**<br><br>**Sent Date: June 6, 2019**<br>**Sent Time: 10:00 am**<br><br>**Hon. Andre Birotte, Jr.** |

WEX LAW

# Exhibit A

Your Honor André Birotte Jr.

My name is Tehea Mai, Yannick Mai's daughter.
I want to thank you for the sentence that you gave me on December 14th, I'm so grateful for that.
You have a nice heart and you do care about the situation that we go through, thank you.
My request to you through this letter is, may you be as understandable as you were with me and be lenient towards my dad's sentence?
I need him by my side not only me but all my family and also my two daughters because by losing their dad, my dad, Yannick Mai, became their figure father.
They really really love him and miss him a lot.
I'm sure that you understand how grand-children love their grand-father and how happy they are to be with him.
With that being said, I thank you for your time and wish you a marvelous, happy new year 2019.
May God bless you and your family.

With all do respect,

Tehea Mai.

YANNICK MAI
#1800001787
P.O. BOX 22003
SANTA ANA, CA 92702

JANUARY 11, 2019

**Honorable Andre Birotte Jr.**
United States Court house
350 W. 1st Street
Court Room 7B
Los Angeles, CA 90012

Dear Judge Birotte,

I would like to start by sincerely apologizing for my actions and thanking you for the lenient sentence you gave by Daughter Tehea MAI. During this time in custody, I have been able to see my terrible errors in judgment. This has cost a great deal emotionally for my family and myself. I do accept responsibility for my actions. I am unable to change the past so I have been using this time effectively taking classes in Cognitive Behavioral Therapy, Breaking Barriers, Offender Responsibility and Parenting through the Santa Ana City College.

My main priority is my family. I have four children, three grandchildren and a wonderful wife that all live with me in Tahiti. I was honest and as cooperative with the authorities as I could be. While this does not change the fact of my actions, I pray that my assistants and lack of criminal history will afford some leniency so that I may return to my country to be able to take care of my family.

With such a loving family and support, I will be successful from recidivism. I made a terrible mistake, one I will never make again. I know that I can achieve success through wisdom and integrity. Thank you for this opportunity to open up and express my sincerest apologies for this offense that I have committed against the United States.

Respectfully,

**Yannick MAI**

MAYOR
  Miguel A. Pulido
MAYOR PRO TEM
  Juan Villegas
COUNCILMEMBERS
  Cecilia Iglesias
  David Penaloza
  Roman Reyna
  Vicente Sarmiento
  Jose Solorio



CITY MANAGER
  Raul Godinez II
CITY ATTORNEY
  Sonia R. Carvalho
CLERK OF THE COUNCIL
  Maria D. Huizar

## CITY OF SANTA ANA
### SANTA ANA POLICE DEPARTMENT
60 Civic Center Plaza • P.O. Box 1981
Santa Ana, California 92702
www.santa-ana.org

January 16, 2019

To whom it may concern,

    This is a conduct letter in reference to Yannik Mai. Mai arrived to Santa Ana Jail in June 2018. He has not received any minor or major rule violations at the facility. He is respectful towards staff and other inmates. He participates in the educational classes offered through Santa Ana College. Mai has been attending Computer, ESL, GED, Music and Attitude for Success (Breaking Barriers, Substance Abuse, Parenting and Anger Management) classes. He has received certificates of completion and participation.

Sincerely,

DAVID VALENTIN
Chief of Police


JAIME MANRIQUEZ
Jail Manager
Santa Ana Police Department

SANTA ANA CITY COUNCIL

| Miguel A. Pulido | Juan Villegas | Vicente Sarmiento | David Penaloza | Jose Solorio | Roman Reyna | Cecilia Iglesias |
| --- | --- | --- | --- | --- | --- | --- |
| Mayor | Mayor Pro Tem, Ward 5 | Ward 1 | Ward 2 | Ward 3 | Ward 4 | Ward 6 |
| mpulido@santa-ana.org | jvillegas@santa-ana.org | vsarmiento@santa-ana.org | dpenaloza@santa-ana.org | jsolorio@santa-ana.org | rreyna@santa-ana.org | ciglesias@santa-ana.org |

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

This is to certify that

## Yanrick Mai

Has Successfully Completed 12 Classes of

Attitudes for Success, Substance Use, Addiction & the Brain

November 02, 2018
Date

Luis Martinez, Instructor

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
### RANCIO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

This is to certify that

*Mac Mannick*

Internet IP & Security Fundamentals

October 31, 2018
Date

Instructor

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that



*Yamniek Mai*

Has completed __8__ classes

## Attitude for Success~CHOICES

*Patricia Coyle*
Instructor

October 2, 2018
Date

*Lorena Chavez*
Associate Dean of Instruction
and Student Services



SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

*Jamnish Ma*

Has successfully completed

**Keyboarding**

September 5, 2018
Date

Instructor

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
### RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

This is to certify that

**Mai Yannick**

## Windows 7 Basic & Advanced

December 6, 2018
Date

_____
Instructor

SANTA ANA COLLEGE

SCHOOL OF CONTINUING EDUCATION

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

## Yannick Mai

Has completed 18 classes

*Attitude for Success~CHOICES*

*Patricia Coyle*
Instructor

January 2, 2019
Date

*Lorena Chavez*
Associate Dean of Instruction
and Student Services

Santa Ana College
School of Continuing Education

CASAS

Comprehensive Adult Student Assessment System

# Certificate of Progress

*Yacenich Mai*

for exceptional improvement in competency-based learning

*Pretest (81Rx) Posttest (83R) Gain (1 Point)*

*Adult Basic Education*

August 28, 2018
Date

*Patricia Coyle*
Instructor: Pat Coyle

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
### RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

## Yannick Mai

Has completed ___18___ classes

### Attitude for Success~CHOICES

___Patricia Coyle___  
Instructor

___January 2, 2019___  
Date

___Lorena Chavez___  
Associate Dean of Instruction and Student Services