MICHAEL S. DEVEREUX, SBN 225240
WEX LAW
1000 WILSHIRE BOULEVARD, SUITE 2150
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 986-9844
FACSIMILE:  (213) 342-6190

**Attorneys for Defendant, YANNICK MAI**

UNITED STATES DISTRICT COURT

FOR CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>YANNICK MAI,<br><br>Defendants. | **CASE NO.: CR 17-00423-AB**<br><br>**SECOND SUPPLEMENTAL TO DEFENDANT'S SENTENCING MEMORANDUM**<br><br>**Sent Date: June 6, 2019**<br>**Sent Time: 10:00 am**<br><br>**Hon. Andre Birotte, Jr.** |

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

*This is to certify that*

## Yannick Mai

*Has Successfully Completed 27 Classes of*

*Attitudes for Success: Substance Use, Addiction & Recovery*

_____
Luis Martinez, Instructor

May 15, 2019
Date