# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No.: | CR 17-00423-AB | Date: June 6, 2019 |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

French Interpreter: Malsy Maniquis

| Carla Badirian | Chia Mei Jui | Dan Boyle |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Yannick Mai | √ | √ | | 1) Michael Sean Devereux, Rtnd. | √ | √ | |

**Proceedings:**     SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

00 : 35

Initials of Deputy Clerk     CB